# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-02872 |
| **Stephen A. McTernan AKA Stephen Anthony McTernan, AKA Stephen McTernan** | : Chapter 13 |
| | : Judge Robert N. Opel II |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Stephen A. McTernan AKA Stephen Anthony McTernan, AKA Stephen McTernan** | : |
| | : |
| | : |
| **Charles J DeHart, III** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH 43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

20-019355_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-02872 |
| **Stephen A. McTernan AKA Stephen** | : Chapter 13 |
| **Anthony McTernan, AKA Stephen** | : Judge Robert N. Opel II |
| **McTernan** | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Stephen A. McTernan AKA Stephen** | : |
| **Anthony McTernan, AKA Stephen** | : |
| **McTernan** | : |
| | : |
| **Charles J DeHart, III** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Vincent Rubino, Attorney for Stephen A. McTernan AKA Stephen Anthony McTernan, AKA Stephen McTernan, VRubino@newmanwilliams.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Stephen A. McTernan AKA Stephen Anthony McTernan, AKA Stephen McTernan, 329 Mallard Lane, Bushkill, PA 18324

/s/ Karina Velter

20-019355_PS