United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Stephen A. McTernan  
    Debtor(s)

Case No. 20-02872-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 10, 2020      Form ID: ntcnfhrg      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen A. McTernan, 329 Mallard Lane, Bushkill, PA 18324-7400 |
| 5361883 | + | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5364940 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5361884 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5361885 | + | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5367165 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5361887 | | CHASE AUTO FINANCE, PO BOX 78068, PHOENIX, AZ 85062-8068 |
| 5361888 | + | CHECKS PRIME INVESTMENTS, 1523 CONCORD PIKE, WILMINGTON, DE 19803-3653 |
| 5361889 | + | CITICARDS CBNA, 701 E 60TH ST N, SIOUX FALLS, SD 57104-0432 |
| 5361890 | + | CITICARDS/CITIBANK, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5361892 | + | HSBC, ATTN CML CUSTOMER RESOLUTION DEPT, 1421 W SHUR DRIVE SUITE 100, ARLINGTON HEIGHTS, IL 60004-7818 |
| 5367573 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5361896 | + | MR. COOPER, PO BOX 619094, DALLAS, TX 75261-9094 |
| 5361897 | | NATIONSTAR MORTGAGE, 8950 CYPRESS WATERS BLVD, IRVING, TX 75063 |
| 5365469 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5361898 | + | TDRCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |
| 5361899 | + | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5364900 | + | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2020 19:34:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5361886 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 10 2020 19:33:38 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5361891 | | Email/Text: mrdiscen@discover.com | Nov 10 2020 19:23:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5361893 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 10 2020 19:33:59 | JP MORGAN CHASE BANK, 3415 VISION DRIVE, COLUMBUS, OH 43219 |
| 5368036 | | Email/Text: bk.notifications@jpmchase.com | Nov 10 2020 19:23:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5361894 | + | Email/Text: bk@lendingclub.com | Nov 10 2020 19:24:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |
| 5361895 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2020 19:33:42 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5363942 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2020 19:34:03 | LVNV Funding, LLC, Resurgent Capital Services, |

| | | |
|---|---|---|
| 5362589 | + Email/PDF: gecsedi@recoverycorp.com  Nov 10 2020 19:33:35 | PO Box 10587, Greenville, SC 29603-0587  Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Stephen A. McTernan lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

| | |
|---|---|
| <div style="text-align:center"># UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> | |
| In re: | |
| Stephen A. McTernan,<br>aka Stephen Anthony McTernan, aka Stephen McTernan, | Chapter  13 |
| **Debtor 1** | Case No.  5:20−bk−02872−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **December 30, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: January 6, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 10, 2020 |

ntcnfhrg (03/18)