LOCAL BANKRUPTCY FORM 9019-1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Stephen A. McTernan** | : | CHAPTER **13** |
| | : | |
| Debtor(s) | : | CASE NO.: **20-02872** |
| | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | ADVERSARY NO. ___-____-ap-_____ |
| Plaintiff(s)/Movant(s) | : | (if applicable) |
| vs | : | |
| | : | Nature of Proceeding: **Hearing** |
| **Stephen A. McTernan** | : | Pleading: **Motion for Relief** |
| | : | |
| **Jack N Zaharopoulos** | : | |
| Defendants(s)/Respondent(s) | : | Document #: **40** |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☐ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 02/14/2023           /s/Alyk L. Oflazian
                            Attorney for JPMorgan Chase Bank, N.A.

20-019355_SCS2

Case 5:20-bk-02872-MJC   Doc 43   Filed 02/14/23   Entered 02/14/23 13:44:28   Desc
Main Document    Page 1 of 1