In re:  
Stephen A. McTernan  
    Debtor

Case No. 20-02872-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 02, 2025      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen A. McTernan, 329 Mallard Lane, Bushkill, PA 18324-7400 |
| 5361888 | + | CHECKS PRIME INVESTMENTS, 1523 CONCORD PIKE, WILMINGTON, DE 19803-3653 |
| 5361892 | + | HSBC, ATTN CML CUSTOMER RESOLUTION DEPT, 1421 W SHUR DRIVE SUITE 100, ARLINGTON HEIGHTS, IL 60004-7818 |
| 5361897 | | NATIONSTAR MORTGAGE, 8950 CYPRESS WATERS BLVD, IRVING, TX 75063 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 02 2025 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5361883 | + | Email/PDF: bncnotices@becket-lee.com | Dec 02 2025 19:08:02 | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5364940 | | Email/PDF: bncnotices@becket-lee.com | Dec 02 2025 19:08:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5361884 | | EDI: BANKAMER | Dec 02 2025 23:53:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5361885 | + | EDI: CITICORP | Dec 02 2025 23:53:00 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5367165 | + | EDI: BANKAMER2 | Dec 02 2025 23:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5361886 | | EDI: CAPITALONE.COM | Dec 02 2025 23:53:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5361887 | | EDI: JPMORGANCHASE | Dec 02 2025 23:53:00 | CHASE AUTO FINANCE, PO BOX 78068, PHOENIX, AZ 85062-8068 |
| 5361889 | + | EDI: CITICORP | Dec 02 2025 23:53:00 | CITICARDS CBNA, 701 E 60TH ST N, SIOUX FALLS, SD 57104-0432 |
| 5361890 | + | EDI: CITICORP | Dec 02 2025 23:53:00 | CITICARDS/CITIBANK, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5361891 | | EDI: DISCOVER | Dec 02 2025 23:53:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5361893 | + | EDI: JPMORGANCHASE | Dec 02 2025 23:53:00 | JP MORGAN CHASE BANK, 3415 VISION DRIVE, COLUMBUS, OH 43219-6009 |
| 5367573 | + | Email/Text: RASEBN@raslg.com | Dec 02 2025 18:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5368036 | | EDI: JPMORGANCHASE | Dec 02 2025 23:53:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5361894 | + | EDI: LENDNGCLUB | Dec 02 2025 23:53:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |
| 5361895 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2025 19:08:05 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5363942 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2025 19:07:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5377817 | + | EDI: LENDNGCLUB | Dec 02 2025 23:53:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 5361896 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 02 2025 18:58:00 | MR. COOPER, PO BOX 619094, DALLAS, TX 75261-9094 |
| 5374996 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 02 2025 18:58:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5377351 | | EDI: PRA.COM | Dec 02 2025 23:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5362589 | + | EDI: PRA.COM | Dec 02 2025 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5365469 | + | EDI: CBSTDR | Dec 02 2025 23:53:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5361898 | + | EDI: TDBANKNORTH.COM | Dec 02 2025 23:53:00 | TDRCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |
| 5361899 | + | EDI: CITICORP | Dec 02 2025 23:53:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5364900 | | EDI: Q3G.COM | Dec 02 2025 23:53:00 | WEBCOLLEX LLC D/B/A CKS FINANCIAL, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | WEBCOLLEX LLC D/B/A CKS FINANCIAL, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Stephen A. McTernan lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stephen A. McTernan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2808<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20-bk-02872-MJC | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen A. McTernan
aka Stephen Anthony McTernan, aka Stephen McTernan

**By the court:**

12/2/25

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**