| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Stephen A. McTernan aka Stephen Anthony McTernan aka Stephen McTernan |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 5:20-bk-02872-MJC |

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

## Part 1: Mortgage Information

**Name of claim holder:** Nationstar Mortgage LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: ******7113

**Property address:**
329 Mallard Lane
Number    Street

Lehman          PA    18324
City            State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 525.02

*the remaining arrears $3,300.48 resolved by Loan Modification.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice: $ _____.

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ _____.

| Part 3: | Postpetition Payments |

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 12/10/2025 |
| ii. | Date next postpetition payment from the debtor is due: | 01/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,062.61 |
| iv. | Unpaid principal balance of the loan: | $ 83,223.86 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 260.08 |
| vi. | Balance of the escrow account: | $ 2,493.69 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 37.39 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

| Part 4 | Itemized Payment History |

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ _/s/ Shawn Miller_    Date 12/16/2025
Signature

Name: Shawn Miller
First name    Middle name    Last name

Title: Agent for Creditor

Company: Aldridge Pite, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
Number    Street

Atlanta    GA    30305
City    State    ZIP Code

Contact phone (404) 994-7400    Email shawnmiller@aldridgepite.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: December 17, 2025

| | |
|---|---|
| Chapter 13 Trustee: | Jack N Zaharopoulos |
| Trustee Address: | Standing Chapter 13 |
| | 8125 Adams Drive, Suite A |
| | Hummelstown, PA 17036 |
| Trustee Email: | info@pamd13trustee.com |
| | |
| Debtor's Counsel Name: | Vincent Rubino |
| Debtor's Counsel Address: | Newman Williams Mishkin Corveleyn et al |
| | 712 Monroe Street |
| | PO Box 511 |
| | Stroudsburg, PA 18360-0511 |
| Debtor's Counsel Email: | VRubino@newmanwilliams.com |
| | |
| Debtor 1 Name: | Stephen A. McTernan |
| Debtor's Mailing Address: | 329 Mallard Lane |
| | Bushkill, PA 18324 |

/s/ Ciara M. Pumicpic

```
                              ================================================        12/16/25
                                    Payoff Quote Include/Omit Items                   12:51:12
                              ================================================         CPY-EDT
                      PO Dt   12/22/25      Int Paid To    12/01/25
                      Sub Code     00       Next Due Dt     1/01/26      Int Rate        3.750
Prin Bal       83,223.86         Monthly Int              260.07         Int Calcs      260.08
Optional Items to I-Include or O-Omit:                                   Plan Number     00001
I  Escrow Balance                   2,493.69    O  Total Late Charges                      .00
   Interest on Escrow                    .00    I  Total NSF Charges                       .00
I  Escrow Advance                        .00    O  Optional Ins Payment                    .00
I  Misc Suspense Bal                   37.39    O  Prepayment Penalty                      .00
I  Forbearance Bal                       .00    O  Mortgage Ins Premium                    .00
O  Subsidy                               .00    O  Other Fees Due                          .00
O  Hazard Suspense Bal                   .00    O  Rebate Points Financed              0000000
   Int on Hazard Loss                    .00    I  Deferred Principal                      .00
O  Inv. Advance                          .00    O  Recording Fee                 0000000000000
I  Corp Advance Bal                      .00    O  Quote fee                     0000000000000
O  Corp Expense Bal                      .00    O  Oth2  COUNTY RECORDING FEE    0000000007400
O  Default Int Due                       .00    O  Oth1  ANTICIPATED FEE         0000000000000  +
I  Deferred Int                          .00    O  MBS Liq Difference                      .01-
O  Prepaid Ins Rebate                    .00
Accept Quote - Y/N N                                           PO Amt                80,952.86


   F11=Corp Adv    F12=Return    F13=Opt Ins    F14=Corp Expense    F24=More keys
```
Case 5:20-bk-02872-MJC    Doc 59    Filed 12/17/25    Entered 12/17/25 16:55:19    Desc
Main Document    Page 5 of 5